**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE I; JOHN DOE II; JOHN DOE III, individually and on behalf of proposed class members; GLOBAL EXCHANGE, *Plaintiffs-Appellants*, <br><br> v. <br><br> NESTLE USA, INC.; ARCHER DANIELS MIDLAND COMPANY; CARGILL INCORPORATED COMPANY; CARGILL COCOA, *Defendants-Appellees*. | No. 10-56739 <br><br> D.C. No. 2:05-CV-05133-SVW-JTL <br><br><br> ORDER |

Filed May 22, 2015

Before: Dorothy W. Nelson, Kim McLane Wardlaw, and Johnnie B. Rawlinson, Circuit Judges.

**ORDER**

The order denying the petition for rehearing/rehearing en banc, filed on May 6, 2015, is hereby redesignated as a published order.

**SO ORDERED.**